# National Archives and Records Administration
# Pacific Region (Laguna Niguel)

**Record Group:** 21, Records of the Courts of the United States

**Agency or Division:** Southern District of California

**Series:** Civil Dockets

**Folder Title:** 72-276

**Box Number:** 13

For guidance citing records, ask for a copy of *Citing Records in the National Archives of the United States* (GIL 17) or view it at: www.archives.gov/publications/general_information_leaflets/17.html

MAY. 28. 2008 8:57AM    NARA    Reproduced from the holdings of the National Archives and Records Admin   NO. 9411   P. 52
Pacific Region (Laguna Niguel)

R. C. 106

**DOCKET**

72 276 S

| TITLE OF CASE | ATTORNEYS |
|---|---|
| [illegible/redacted case caption] JURY TRIAL CLAIMED ON July 17, 1972 | For Plaintiff: Calif Indian Legal Services, P.O. Box 1868, Escondido, CA 92025<br><br>For Defendant: |

| DATE | PLAINTIFF'S ACCOUNT | RECEIVED | DISBURSED | DATE | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSED |
|---|---|---|---|---|---|---|---|
| 7-17-72 | Calif Indian Legal Serv | 15.- | 7-21-72 | | | | |

| ABSTRACT OF COSTS | | RECEIPTS, REMARKS, ETC. |
|---|---|---|
| TO WHOM DUE | AMOUNT | |

MAY. 28. 2008  8:57AM    NARA   RINCON   VISTA   NO. 9411   P. 53

Reproduced from the holdings of the National Archives and Records Admini
Pacific Region (Laguna Niguel)

| DATE | FILINGS—PROCEEDINGS | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|
| 7-17-72 | Fld complt for declaratory relief, restitution, breach of contract, injunctive relief, trespass, conversion. Issd summons to JAMES LINXWILER. Made JS-5 | |
| | Fld mot for appointment of persons to serve process t/w ord thereon. | |
| 7-24-72 | Fld summons ret exec 7-17-72 re Vista Irrigation Dist. | |
| 7-31-72 | Fld order transferring case under Low-Number Rule to calendar of Judge Schwartz. (N)(S) Mld notice to counsel. | |
| 8-4-72 | Fld stip extending time of Vista Irrigation Dist. to answer or otherwise plead & ord thereon extending time to 10-31-72.(S) | |
| 9-27-72 | Fld plaintiffs' notice of motion, motion to amend court order & to make order applicable to Vista Irrigation District; fld notice of motion & motion to consolidate; fld motion to shorten time for service of notice of motion with order(s), memo of P/A in suppt of mot to amend order; noticed for 10-2-72 at 10am. | |
| 9-28-72 | Fld affid of Robert S. Pelcyger. | |
| | Fld affid of Robert D. Ringo. | |
| | Fld affid of serv in person of above affids. | |
| 9-29-72 | Fld affid of pers serv of papers fld 9-27-72 & 9-28-72. | |
| 10-2-72 | Fld affid of Jack Ford, Gen. Mgr., Lake Henshaw Resort - Warner Resort Co. Fld affid of Thomas M. Wilson, Engr., Vista Irrigation Dist. Fld affid of John W. Collins, Gen. Mgr & Chief Engr, Vista Irrigation Dist. Fld Vista Irrigation Dist.'s memo of P/A in opp to motion to make it subject to 4-21-71 order made in Civil Case No. 69-217-S. Fld Vista Irrigation's opposition to motion to make it subject to 4-21-71 order. | |
| 10-2-72 | Fld affid of Richard S. Harper. Fld affid of James A. Hanson. Fld memo in opp to plaintiffs' motion to require water released from Henshaw Dam during months of October & November, 1972. Fld notice of acceptance of service of above documents. | |
| 10-2-72 | Ent ord plntf's mot to amend Ct's order of 4-21-71 denied; ord plntf's mot to consolidate actions of 69-217, 72-276, & 72-271 granted; ord counsel for plntf to prepare order. (S) | |
| 10-13-72 | Lodged Findings of fact & conclusions of law, order denying motion to amend court order & to make order applicable to Vista Irrigation Dist. & granting motion to consolidate, certif of mailing. | |
| 10-20-72 | Fld objections to proposed findings of fact & conclusions of law. | |
| 10-24-72 | Fld affid of service by mail for objections to proposed findings of fact & conclusions of law. | |
| 10-31-72 | Fld stip & order for extension of time to answer or otherwise reply to 11-30-72. (S) | |

Received at: 9:07AM, 5/28/2008

MAY. 28. 2008  8:58AM    NARA    Reproduced from the holdings of the National Archives and Records Administration    NO. 9411    P. 54
· 72-276-S            RINCON INDIAN (Pacific Region (Laguna Niguel)) IRRIG. DIST.    72-276-S

D. O. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 11-2-72 | Fld stip extending time of Vista Irrigation Dist. to answer or otherwise p lead to 11-10-72. | |
| 11-10-72 | Fld not of mot, mot to dismiss, memo of P/A; noticed for 11-27-72 at 10am. Fld affid of serv by mail. | |
| 11-29-72 | Fld stip for continuance of hrg to 1-8-73 at 10am; stip time for plaintiff to submit memo of P/A in opp to mot to dismiss extended to 12-11-72.(S) | |
| 11-27-72 | Ent ord mot to dismiss cont to 12-18-72 at 10am. (S) | |
| 12-6-72 | Fld Findings of Fact & Conclusions of Law; fld order denying motion to amend court order to make order applicable to Vista Irrigation District & granting motion to consolidate. (S) Fld affid of serv by mail. | |
| 12-18-72 | Ent ord deft's mot to dismiss cont to 1-9-73 at 10am. (S) | |
| 12-19-72 | Fld not of mot, motion to dismiss & motion for more definite statement, affid of serv by mail; noticed for 1-9-73 at 10am. Fld P/A in suppt of mot. | |
| 12-22-72 | Fld affid of serv by mail of above documents fld 12-19-72. | |
| 1-2-73 | Fld memo of P/A by plaintiff in opp to motion to dismiss, affid of serv by mail. | |
| 1-4-73 | Fld statement of US position, hrg on motion to dismiss; that U.S. interposes no objection to action by Rincon & LaJolla Bands of Mission Indians against Vista Irrigation Dist., that policy of US is to permit Indians to have their day in court & to pursue their cause of action in any manner they feel will advance their best interests. | |
| 1-8-73 | Fld Response of Rincon & La Jolla Bands of Mission Indians to motion of Escondido Mutual Water Co. to dismiss Civil Case No. 72-271-S, affid of serv by mail. Fld U.S. Atty's memo of P/A in opp to defts' motion to dismiss & motion for more definite statement. | |
| 1-9-73 | Hrg mot to dismiss case 72-271-S - ent ord mot denied. Hrg mot to dismiss case 72-276-S - ent ord mot denied; ord counsel for plntfs to prepare order.(S) | |
| 1-19-73 | Lgdg order denying motions to dismiss civil nos. 72-271-S & 72-276-S, certif of mailing. | |
| 1-23-73 | Fld affid of serv by mail of statement of US position, hrg on mot to dismiss in 72-276-S. | |
| 1-30-73 | Fld order denying defense motions to dismiss Civil No. 72-271-S & 72-276-S & order that motion of Escon. Water Co. for more definite statement in Civil No. 72-271-S denied. (S)  Mld cys to counsel.(Ent 1-31-7 | |
| 4-30-73 | Fld Deft Escondido Mutual Water Company's ANSWER and counter-claims. | |
| 5-2-73 | Fld Affid of serv by mail of Answer fld 4-30-73. | |
| 5-14-73 | Fld Amended Answer of deft Vista Irrig. Dist. to No. 72-271-S, affid of serv by mail. | |
| 5-15-73 | Fld voluntary dismissal without prejudice of first, second & third cross claims of deft Vista Irrig. Dist. in Case No. 72-271-S, affid of serv by mail. | |
| 5-16-73 | Fld withdrawal of motion to dismiss, affid of serv by mail. Fld motion for preliminary injunction and orders pendente lite, memo of P/A in suppt of request for injunction & orders pendente lite, affid of serv by mail. | |
| 5-17-73 | Fld not of mot, mot to: join plntf USA mot for preliminary injunction & orders pendente lite & memo of P/A, affid of serv by mail; noticed for 5-29-73 at 10am. | |
| 5-21-73 | Fld affid of John R. Crippen. Fld memo of P/A of Rincon & La Jolla Bands of Mission Indians in suppt of mot of US for prelim. injunction & orders pendente lite, affid of pers serv. | |
| 5-29-73 | Fld affids of Edward T. Arviso & William Howard Kolb, certif of serv in pers & by mail. | |

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5-29-73 | Ent ord mot for prelim. injunction & order pendente lite cont to 6-6-73 at 9:30am for hrg. (S) | |
| 5-31-73 | Fld joint memo of Escondido & Vista in opp to request for injunction & orders pendente lite, affid of Thomas M. Wilson, affids of Thomas M. Wilson & David O. Powell & differences in computed & published inflow to Lake Henshaw; affid of David O. Powell, affid of James A. Hanson, affid of Lawrence R. Michaels, affid of Donald R. Lincoln, affid of serv by mail. | |
| 6-1-73 | Fld not of mot, mot to modify Ct orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to the tendering shareholders of Escondido Mutual Water Company in Case No. 69-217-S, affid of Richard S. Harper, affid of William G. Mitchell, memo of P/A, affid of serv by mail; noticed for 6-18-73 at 10am. | |
| 6-5-73 | Fld affid of Thomas M. Stetson. | |
| 6-6-73 | Hrg motion for preliminary injunction & order pendente lite - Rincon Band of Indians make motion to withdraw from joinder in motion for preliminary injunction - ent ord mot granted. Ent ord motions of Govt for prelim. injunction, etc., are denied; ord defts to prepare finds & conclusions. (S) | |
| 6-18-73 | Ent ord motion to modify Court's order cont to 6-25-73 at 10am. (S) | |
| 6-20-73 | Fld suppl affid of William G. Mitchell, affid of serv by mail. | |
| 6-22-73 | Fld statement of U.S. in opp to motion of Escondido Mutual Water Company to modify Ct's orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to tendering shareholders of Escondido Mutual Water Company in case No. 69-217-S, affid of serv by mail. Fld memo of P/A of Rincon & La Jolla Bands of Mission Indians in opp to motion to modify Ct's orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to tendering shareholders of Escondido Mutual Water Co. in Case No. 69-217-S. | |
| 6-25-73 | Hrg mot to modify Ct's orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to tendering shareholders of Escondido Mutual Water Co. in case No. 69-217-S - ent ord mot denied; ord pltf to prepare order. (S) | |
| 6-29-73 | Fld stip for continuance & order thereon cont matter from 6-18-73 to 6-25-73 at 10am. (S) | |
| 7-19-73 | Fld stip & order re investment of funds in Civil No. 69-217-S. (S) Ldgd findings of fact & conclusions of law & order denying motion of U.S. for prelim. injunction & orders pendente lite, affid of serv by mail. | |
| 8-6-73 | Fld objections of the Rincon and La Jolla bands of Mission Indians to the proposed findings of fact and conclusions of law. | |
| 8-10-73 | Ldgd Findings of Fact & Conclusions of Law; Ldgd order denying motion of U.S. for prelim. injunction & orders pendente lite, affid of serv by mail. Sent all cys to Judge Schwartz. | |
| 8-13-73 | Ldgd order denying motion to modify Court's orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to tendering shareholders of Escondido Mutual Water Co. in Case No. 69-217-S. Sent all cys to EJS. Fld Findings of Fact & Conclusions of Law & order denying motion of U.S. for preliminary injunction & orders pendente lite. (S) (Ent 8-14-73) | |
| 8-14-73 | Fld objections of U.S. to Findings of Fact & conclusions of law submitted by deft Escondido Mutual Water Company, affid of serv by mail. | |

Cont

Reproduced from the holdings of the National Archives and Records Administration, Pacific Region (Laguna Niguel)

D. C. 110 Rev. Civil Docket Continuation

| DATE | | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|---|
| 8-15-73 | | Fld order denying motion to modify Court's orders by releasing all impounded semi-annual payments and permitting direct payment of future semi-annual payments to the tendering shareholders of Escondido Mutual Water Company in Civil Case No. 69-217-S. | |
| 5-21-76 | | Fld Deft Stip re Pala Reservation , Vista Irrigation Dist & contract between William C. Henshaw & USA dtd 6-28-22 approved & ord. (S ) | |
| 10-31-77 | 74 | Hrg mot: Ent ord cont 11-29-77 @9am. (S) | |
| 11-7-77 | 75 | Fld stip and ord that hrg to mod ct ord etc be cont to 11-29-77 @9am. (S) | |
| 11-18-77 | 76 | Fld Memo of P & A in opp to mot to mod the cts ord t/w Certification of service. | |
| 11-21-77 | 77 | Fld Memo in opp to deft mot to mod the cts ord requiring the cts contrl etc., t/w Certificate of service. | |
| 11-23-77 | 78 | Fld defts City of Escondido & Escondido Mutual Water Co. supp memo in suppt of mot to mod Ct's ord by releasing all impounded semi-annual pymts. t/w affid of serv. | |
| | | Fld defts City of Escondido & Escondido Mutual Water Co. affid of Lawrence R. Michaels. | |
| 11-29-77 | 79 | Hrg deft mot to mod cts ord etc Ent ord cont 1-31-78 @9am. for status conf. (S) | |
| 1978 | | | |
| 1-5 | 80 | Ent ord on cts own mot hrg cont to 2-22-78 @9am. Vacated 1-31-78 (s) | |
| | 81 | Fld Findings of fact and conclusions of law. | |
| 1-9 | 82 | Fld ord denying mot to mod the cts ord be releasing all impounded semi-annual payments and permitting direct payment of future semi-annual payments to tendering shareholders of Escondido Mutual Water Co. (S)(ENT 1-9-78) | |
| | 83 | Fld Certificate of service as to Find of facts and conclusions of law., and ord denying mot. | |
| ~~1-19~~ | ~~84~~ | ~~Fld Judgement by default as to defts Puritan Marine Ins Underwriters Corp, Chauncy Vanegadere Corp, Residence Mutual Ins Co, Mid American Ins Co, Lawrence E. Inbur Co, and Norman B. Harrison. The sum of $1,525.93, less $900.00 set-off shall be paid into the Reg of those condemnation funds in this case in the sum of $625.00 w/ interest payable from 3-9-76. Further ord that clerk of ct is directed……………………………………~~ | |
| 2-22 | 84 | Status conf. P/T ord to be lodged by 11-1-78 Ent ord P/T set for 11-13-78 at 10:30am. Trial set for 2-13-79 at 9am. (S) | |
| 4-3 | 85 | Fld Not of mot set for 4-24-78 at 10:30am and Mot to file an amended complt as to civil no 72-271-S t/w Memo in support of and LODGED First Amended complt and cert of service by mail | |
| 4-13 | 86 | Fld Not of mot set for 4-24-78 at 10:30am and mot to add and drop parties. and Memo of P & A in support of and cert of service. | |
| 4-19 | 87 | Fld mot to remove hrg from calender So ord. (S) | |
| 6-26 | 88 | Fld stip & ord thereon that none of the parties will oppose the mot fld by the US of A Ent lve to file an amended complat in Civil # 72-271-S (S) | |
| 6-26 | 89 | Fld addendum to the stipulation of 2-22-78 and ord thereon (S) | |
| 6-29 | 90 | Fld stip & ord that Rincon & La Jolla Bands of Mission Indians are added as parties in U.S. Vs. Escondido Mutaul Water Co. et al., & Sec of Interior & Atty Gen are dropped in Civil 69-0217-S(S) | |
| 7-24 | 91 | Fld Pltfs request for production of documents w/affid of serv. | |
| | 92 | Fld Pltfs request for admissions w/affid of serv. | |

Received at: 9:07AM, 5/28/2008

MAY. 28. 2008  8:59AM      NARA      NO. 9411   P. 57
Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 8-14 | 93. Fld stip & ord thereon that defts Escondido Mutual Water Company and Vista Irrigation District may have an extension of time fr 7-26-78 to and including 8-18-78 in which to answer or otherwise respond to the amended complnt. Civil No. 72-271-S (S) | |
| 8-23 | 94. Fld stip & ord that deft's Escondido Mutual Water Company and Vista Irrigation District may have an extension of time fr 8-18-78 to and including 9-5-78 in which to answer or otherwise respond to the amended complnt. (S) | |
| 8-24 | 95. Fld stip for extension of time & ord thereon re req for admissions in that deft Escondido Mutual Water Company may have an extension of time from 8-23-78 to and including 9-5-78 in which to answer or otherwise respond to the Req for Admissions. (S) | |
| 9-8-78 | 96. Fld deft Escondido Mutual Water Company's response to pltf United States' req for admissions | |
| | 97. Fld ANSWER & COUNTERCLAIMS by deft Escondido Mutual Water Company to the FIRST AMENDED COMPLNT in Civil Case 72-271-S t/w exhibits and affid of serv | |
| 9-21 | 98. Fld deft Vista Irrigation District's response to pltf United States' request for admissions t/w cert of serv | |
| 10-3 | 99. Fld ANSWER of deft VISTA IRRIGATION DISTRICT to FIRST AMENDED COMPLNT (Civil #72-271-S) t/w cert of serv | |
| 11-6 | 100- Fld stip exparte stip extending time to respond to counterclaims & ord theron extending time to 12-7-78. (S) | |
| 11-13 | 101- Ent. ord. P/T hrg. cont. to 1-8-79. (S) | |
| | 102- Fld. not. of mot. & mot. to dism. memo of pts. & auths in support & cert. of serv. Ntc for 1-8-79 at 10:30am | |
| 12-27 | 103. Fld pltff mot. to vacate the mot. to dism set for 1-8-79 at 10:30am | |
| 1-4-79 | 104. Fld stipulation & ord setting P/T & trial date to 6-25-79 w/ord. theron | |
| | 105. Fld stipulation & ord re selling of land further that the money obtained from land sale shall be kept in a separate acct in the City of Escondido's general fund pending fur. ord of the ct. (S) (Ent. 1-4-79) | |
| 1-18 | 106. Fld stip of facts. (S) | |
| 4-20 | 107- Fld. pltff not. of mtn & mot. for partial S/J. Ntc for 5-14-79 at 10:30am. before Judge Schwartz. | |
| 4-26 | 108- Fld. pltff not. of mot. & mot. to join in mot. of US for partial S/J t/w memo of pts. & auths in support. & cert of serv. Ntc for 5-14-79 at 10:30am. | |
| 4-30 | 109- Fld pltff legislative history of the Mission Indian Relief act | |
| 5-2 | 110. Fld. pltff mot. for partial S/J belongs w/mot of 4-20-79. | |
| 5-14 | 111- Ent. ord. govt's & Ind Bank mots for partial S/J cont. to 7-16-79 at 10:30am. P/T hrg. cont. to 10-1-79 at 10:30am. Trial date of 6-25-79 vacated. P/T reset for 11-13-79 at 9am. (S) | |
| 5-21 | 112- Fld. stip & ord sett new dates. formal P/T conf set for 10-1-79 at 10:30am & hrg. mots to dism counterclaims & for Partial S/J set for 7-16-79 at 10:30 (S) | |
| 7-10 | 113- Fld stip & ord setting new sched for briefing & hrg. US Mot to dism Mutual's counterclaims & US & Banks' mot for partial S/J to 8-13-79 at 10:30am. (S) | |
| 7-16 | 114- Fld Vista Irrigation Dist. memo of pts. & auths in oppos to US' & Band's mot for partial S/J t/w proof of serv. | |

DC 111A (Rev. 1/75)

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 72-276-S |
|---|---|---|
| RINCON INDIANS | VISTA IRRIGATION DIST. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7-16 | 115 | Fld defts City of Escondido & Escondido Mutual Water's memo in oppos to US mot to dism counterclaims, affid of Donal Lincoln & memo in oppos to mot for partial S/J on behalf of Escondido t/w cert of serv. |
| 7-18 | 116 | Ent ord. good cause apprg vacate 8-13-79 & reset to 10:30am on 8-20 in ct rm no. 1. (S) |
| 8-6 | 117 | Fld. deft City of Escondido & Escondido Mutual Water Co's memo in oppos to US' & Bands' mot for partial S/J on behalf of Escondido t/w appendix & cert of serv. |
| 8-14 | 118 | Fld. stip w/ord. that USA may file its reply to deft's mot by 8-13-79. |
|  | 119 | Fld. pltffs reply memo in support of mot. for S/J. |
|  | 120 | Fld. pltffs reply memo in support of mot. to dism counterclaims t/w cert of serv for docs no 119 & 120 |
|  | 121 | Fld. pltff reply memo in support of its mot to dism Escondido's counterclaim (USA's) |
|  | 122 | Fld pltff reply memo of the US in support of its mot for partial S/J. |
|  | 123 | Fld. cert of serv of pltffs reply memo for S/J & to dism countercla |
| 8-16 | 124 | Ent. ord good cause apprg. cont. to 8-27-79 at 9am in ct rm no 1. date of 8-20-79 vacated (S) |
|  | 125 | Fld. deft City of Escondido supplemental memo in oppos to the mot. for US & Indian Bands for partial S/J. |
|  | 126 | Ent. ord. hrg on mots- Indian's mot. to join in mot for partial S/J granted. Govt's mot. for partial S/J granted as to 1-4 & 6 & 7 defenses. Gov't mot. to dism Mutual's counterclaims granted as to 1st & 3rd denied as to 5th through 10th. Pltffs' counsel to submit further briefs in reply to supplemental pts. & auths fld. 8-27-79 After these briefs have been fld. the major mot for S/J is deemed submitted. (S) LODGED House rept on Indian Affairs. (Given to Judge) |
| 9-4 | 127 | Fld. pltff supplemental memo of La Jolla & Rincon Bands of Missn. Indians. t/w cert of serv. |
|  | 128 | Fld. pltff USA's reply memo to supplemental memo submitted by the deft Escondido Mutual t/w cert of serv. LODGED PROP ORD. FWED ORIGINAL & TWO COPIES TO JUDGE FOR APPROVAL. |
| 9-4 | 129 | Fld. Escondido's comments on & modifications to pltffs' prop findings & conclusions re partial S/J mot. t/w cert of serv. LODGED prop judgment re pltffs' mot. for partial S/J. |
| 9-6 | 130 | Fld. pltffs second supplemental memo of the La Jolla & Rincon Bands o Mission Indians in support of mot. for partial S/J t/w cert of serv. |
| 9-7 | 131 | Fld defts City of Escondido second supplemental memo in oppos to mot of the US & Indian Bands for partial S/J. t/w cert of serv. |
| 9-11 | 132 | Fld. Bands' response to Escondido's comments concerning prop findings of fact & conclusions of law t/w cert of serv. |
| 9-11 | 133 | Fld. defts City of Escondido's reply to supplemental flgs by Bands' t/w cert of serv. |

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

DC 111A (Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 72-276-S |
|---|---|---|
| RINCON BAND OF MISSN INDIANS | ESCONDIDO MUTUAL WATER | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9-11 | 134 | Fld. memorandum dec w/ord. that the 1894 contract is void to the extent it purports in any way to affect the interest of Bands' pertaining to reservations lands or water rights for failure to comply w/preds 8 of MIRA; 1894 Contract is not void for failing to comply w/28:81 it is valid to the extent that it grants a right of way across the Potrero Reservat. for the canal & permits the diversion of river water into the canal; The 3-25-08 permit approved by the Sec. & purporting to grant a rght of way for a canal across the Potrero Rincon & San Pasqual Reser. confers no valid rgt of way to EMW for its canal; the 1914 Contract is void ab initio to the extent that it purports to alienate or convey the 1.72 acres of land on which the Rincon Power plant was constructed; further that it is void to the extent that it purports to be to be a conveyancy or limit of the Rincon's water rgts. in the San Luis Rey River; the 1922 Contract is void ab initio to the extend that it purports to be a conveyance or limitation of the Bands' water right in the San Luis Rey River. (Ent 9-11-79.) Mld. cpys. (S) |
| 9-11 | 135 | Fld. ord. the US' mot for partial S/J seeking a decl is granted; the court lacks jurisdictions over 2 counterclaims fld by EMW seeking decl relief. US mot to dism 2 counterclaims granted; US' mot to dism 6 counterclaims seeking recoupment is denied. (Ent. 9-11-79) Mld cpys. (S) |
| 9-17 | 136 | Fld. pltff response to the Escondido prop findings of fact & concl. of law t/w cert of serv. |
| 9-20 | 137 | Fld. pltfs not. of mot & mot. to to amend memorandum dec. t/w memo of pts & auths & cert of serv. Ntc for 10-29-79 at 10:30am before Judge Schwartz. |
| 9-24 | 138 | Fld. not.of change of counsel for pltff-Kenneth Marra & William White now counsel of record t/w cert of serv. |
| 9-27 | 139 | Fld. memo of theUS in support of Rincon & La Jolla Bands' mot to amend the memo dec of 9-11-79. t/w cert of serv. |
| 9-28 | 140 | Ent. ord. good cause apprg. on the ctr's mot. P/T date to 10-1-79 vacated & reset for 10-29-79 at 10:30am. (S) |
| 10-3 | 141 | Fld. stip cont P/T conf to 11-13-79 at 10:30am. (S) |
|  | 142 | Fld. stip cont mot hrg to 11-5-79 at 10am. (S) |
| 10-8- | 143 | Fld not of mot requesting amendments to ord and to memo of decision on mot for partial summary judgment, T/W memo fo P&A and mot requesting amendments to ord and memo of decision on mot for partial summary judgment. NOTICED FOR 11-5-79 at 10:30 am/ |
| 11-5 | 144 | Fld. stip resettg. hrg on mot to amend ord. to 12-17-79 at 10:30am (S) |
| 12-3 | 145 | Fld. US' Rincon & La Jolla Band's not of mot & mot for fur., necessary & proper relief, memo of pts. & auths in support & proof of serv. Ntc for 1-14-80 at 10:30am in ct rm no 1. before Judge Schwartz. |
| 12-4 | 146 | Fld. amended not of mot of US, La Jolla & Rincon Bands. Ntc for 1-14-80 at 10:30am. t/w cert of serv. |
| 12-14 | 147 | Fld. stip & ord. cont P/T & mot for fur., necessary & proper relief-reset to 1-9-80 at 9am (S) |

DC 111A
(Rev. 1/75)
Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 72-276 |
|---|---|---|
| RINCON BAND OF MISSN INDIANS | ESCONDIDO MUTUAL WATER | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12-21 | 148 | Fld. pltff memo of pts. & auths in oppos to mot requesting |
|  | 149 | Fld. pltff not of conditional mot & mot requesting amendment to memo dec granting partial S/J & memo of pts. & auths in support. Ntc for 1-9-80 at 9:30am. before Judge Schwartz in ct rm no 1. |
|  | 150 | Fld. proof of serv. of docs 148-150. |
| 1980 1-2 | 151 | Fld. deft's memo in oppos to pltffs' mot to amend the ct's memo dec of 9-11-79 t/w cert of serv. |
|  | 152 | Fld. deft City of Escondido's supplemental memo in support of of request for certification t/w exhbts & cert of serv. |
| 1-8 | 153 | Fld pltff's reply to deft's supplemental memo as it relates to mot for fur. necessary & proper relief t/w proof of serv. |
| 1-9 | 154 | Ent. ord hrg mots-pltfs' mot to modify ct's ord. granted except footnote 5 stands. Deft's mot to amend ct's ord. granted; memo dec & ord. dated 9-11-79 certified for interlocutory appeal under 28: 1292. Pltff's mot for fur. necessary & proper relief denied. Pltf's conditional mot requesting amendment to memo dec granting partial S/J denied. P/T settg-ord. off cal. Deft to prp ord. covering this hrg and submit to pltffs for approval. Ct. will amend memo dec dated 9-11-79 to delete certain portions according to its ruling and will amend the ord. to include cert. for interlocutory appeal (S) |
|  | 155 | Fld. amended memorandum dec & ord on mot for partial S/J w/ord. that this ct is of the opinion that the iss. disposed of in this ord involve controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the ord. may mat. advance the ultimate termination of the litigation. (S) (Ent. 1-10-80) Mld cpys Fld. amended ord. re mot hrg- US' mot for partial S/J seeking a declaration to the effect mention in the ord is granted; Mot to dism 2 counterclaims (US) granted; Mot of US to dism counterclaims for recoupment is denied. Fur. that it is certified that this ct. is of the opinion that the iss. disposed of in this ord. involve controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the ord. may materially advance the ultimate termination of the litigation. (S) (Ent. 1-10-80) Mld cpys. |
| 1-17 | 156 | Fld. ord-the mot to amend the ct's memo dec of 9-11-79 is granted in part & denied in part; Portion of pltffs' mot seeking an amendment or modification to ffotnote 5 page 8 of memo dec is denied; Defts' mot requesting amendments to the ord & memo dec is granted; Pltff's mot for fur, nec & proper relief is denied w/o prejudice; Pltffs' conditional mot requesting an amendment to the memo dec has been denied as superfluous since the ct. has granted deft's mot and has been certified all iss decided in its 9-11-79 memo dec. P/T prev sched is vacated subject to being reset upon mot of either party. (S) (Ent. 1-17-80) Mld cpys. |
| 4/18 |  | Recv'd ord from the USCA that the petition for permission to appeal pursuant to 28:1292(b) is denied. |
| 4/24 |  | Recv'd ord from the USCA that the petition for permission to appeal pursuant to 28:1292 is DENIED. |

MAY. 28. 2008  9:01AM    NARA                                          NO. 9411   P. 61

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. _____ |
| | | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6-27 | | Fld notice of motion & motion, NOTICED FOR 7-14-80 at 9am, T/W Memo fo P&A's and affid of Robert S. Pelcyger, Exh A attached. |
| 6-27 | | Fld notice of motion and motion for jurther partial summary judgment. NOTICED FOR 9-5-80 at 9am; T/W memo of U.S. & the Rincon & LaJolla Bands in support of their mot for fur partial summary judgment. Lodged proposed findings of fact and conclusions of law and Judgment, exhs A,B,C,D & F ATTACHED. |
| 7-7 | | ALL ENTRIES MADE IN 69-217-S |
| 8/9 | | Ent ord good cause appearing to the court, and on the court's own mot these cases presently set for hrg on 8/16/82 at 10:30a.m. a-re hereby cont to 8/23/82 at 10:30a.m. |
| 8/11 | | Ent ord good cause appearing to the court and on the court's own mot hte these cases presently set for hrg on 8/16/82 at 2:00p.m. are hereby cont to 8/23/82 at 2:00p.m.(S). |
| 1985 1-21 | -- | Ent Ord, Cont'd to 7-23-85 at 9:00 a.m. for p/t hrg (S) |

NO FURTHER ENTRIES
ON THIS DOCKET
SEE AUTOMATED DOCKET

MAY. 28. 2008  9:01AM     NARA                                                          NO. 9411   P. 62
Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

                                                                        TERMED
                          U.S. District Court
                  Southern District of California (San Diego)

                     CIVIL DOCKET FOR CASE #: 72-CV-276

Rincon Band of Mssn. v. Vista Irrigation                Filed: 7/17/72
Assigned to: Judge Edward J. Schwartz
        Referred to: Unassigned
Demand: $0,000                                Nature of Suit: 890
Lead Docket: None                             Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:1331 Fed. Question

RINCON BAND OF MSN. INDIANS,
ET AL
        plaintiff

        v.

VISTA IRRIGATIOAN DISTRICT
        defendant




Docket as of December 27, 1990 11:18 am               Page 1

Received at: 9:13AM, 5/28/2008

MAY. 28. 2008  9:08AM   NARA   NO. 9411   P. 63/63

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

Proceedings include all events.                                    TERMED
3:72cv276    Rincon Band of Mssn. v. Vista Irrigation

12/13/90 --    Minutes: Enter Order by Judge Edward J. Schwartz: Case
               having been pending for over three years, court orders
               clerk to prepare JS6 for statistical closing; nothing in
               minute order is deemed dismissal of action terminating
               case JS6 (cc: all counsel) (dh) [Entry date 12/27/90]